THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE FOGARTY, Appellant, *v.* JOSEPH CASSIDY, as President of the Borough of Queens, Respondent.

*People ex rel. Fogarty* v. *Cassidy,* 118 App. Div. 693, affirmed.
(Submitted November 8, 1909; decided November 23, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 5, 1907, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the reinstatement of relator to a position in the bureau of highways, borough of Queens.

*William J. Walsh* and *Bernard H. Sandler* for appellant.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly* and *Clarence L. Barber* of counsel), for respondent

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: HISCOCK, J.

---

CATHERINE L. BOYER, Plaintiff, *v.* FRANK W. BOYER, Appellant. JOHN A. THOMPSON, as Receiver, Respondent.

*Boyer* v. *Boyer,* 133 App. Div. 932, affirmed.
(Argued November 8, 1909; decided November 23, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department entered June 18, 1909, which affirmed an order of Special Term denying a motion to compel the respondent as receiver of the property of the defendant in sequestration proceedings to pay over to defendant certain moneys coming into the hands of such receiver pending an appeal from the order of appointment.

*Arnold L. Davis* for appellant.

*John A. Thompson* and *Seymour K. Fuller* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: HISCOCK, J.